IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
EMBLAZE LTD.,

    Plaintiff

v.

APPLE INC.,

    Defendant
-----------------------------------------------X

**CASE NO: 1:13-mc-00242-P1**

(Case pending in U.S. District Court for the Northern District of California, Case No.: 5:11-01079 (PSG))

## SUPPLEMENTAL NOTICE OF MOTION FOR AN ORDER HOLDING THE NFL IN CONTEMPT FOR FAILING TO COMPLY WITH SUBPOENA AND TO COMPEL THE NFL'S APPEARANCE AT A DEPOSITION

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Andrew Nemiroff, the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Emblaze's Motion for an Order Holding the NFL in Contempt for Failing to Comply with Subpoena and to Compel the NFL's Appearance at a Deposition, Emblaze Ltd., by its attorneys Cozen O'Connor and pursuant to Federal Rule of Civil Procedure 45 and Local Rule 3 of the Rules for the Division of Business Among District Judges, will move this Court, located at 500 Pearl Street, New York, NY, on the 25th day of July, 2013, before Part I Judge, at 10:00 A.M. for an Order:

    a)    finding the NFL in contempt of court under Federal Rule of Civil Procedure 45(e) for failing to appear at a scheduled deposition pursuant to a subpoena;

    b)    compelling the NFL to appear for its deposition;

    c)    awarding Emblaze sanctions in the form of attorney fees and costs; and

    d)    any and all further relief as this Court deems just and proper.

Respectfully Submitted,

DATED: July 10, 2013
New York, New York

COZEN O'CONNOR

LEGAL\16894774\1 88888.8888.888/804837.000

Martin B. Pavane (MP-4871)
mpavane@cozen.com
Philip Kouyoumdjian (PK-3819)
pkouyoumdjian@cozen.com
Andrew Nemiroff (AN-0621)
anemiroff@cozen.com
277 Park Avenue
New York, New York 10172
p: (212) 883-4900
*Attorneys for Plaintiff Emblaze, Ltd.*