```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-13
```

# Vinson&Elkins

Hilary L. Preston  hpreston@velaw.com
Tel +1.212.237.0129  Fax +1.917.849.5342

**MEMO ENDORSED**

July 17, 2013

<u>Via Facsimile (212) 805-7949</u>

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   *Emblaze Ltd. v. Apple Inc.*, 13 Misc. 0242

Dear Judge Castel:

We write to make a joint request for adjournment in the above-referenced action. In this miscellaneous action, Emblaze, Ltd. ("Emblaze") moved to compel the National Football League (the "NFL") to appear for a deposition. The parties have now agreed to hold the requested deposition on July 23, 2013, which may eliminate this Court's need to adjudicate the motion. As a result, Emblaze and the NFL submit this letter jointly to respectfully request that Your Honor adjourn the scheduled dates for: (1) the NFL to respond to Emblaze's motion; (2) Emblaze to submit a reply brief in further support of its motion; and (3) the hearing before this Court, currently scheduled for July 26, 2013 at 2:30 p.m. *See* Dkt. No. 6.

Accordingly, the parties respectfully request that the Court adjourn the NFL's time to respond from this Thursday, July 18, 2013 to July 30, 2013, one week after the scheduled deposition, and adjourn Emblaze's time to submit a further reply to August 1, 2013. Following this briefing, the parties will make themselves available for a hearing at the Court's convenience.

Respectfully submitted,

*/s/ Hilary L. Preston*
Hilary L. Preston

cc:   Andrew Nemiroff, Esq. (via email)

*[Handwritten endorsement:]* Matter is adjourned to August 6, 2013 at 10:00 am before the Part I judge presiding. SO ORDERED. /s/ P. Kevin Castel, USDJ 7-17-13

**Vinson & Elkins LLP  Attorneys at Law**
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London  Moscow
New York  Palo Alto  Riyadh  San Francisco  Shanghai  Tokyo  Washington

666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel +1.212.237.0000  Fax +1.212.237.0100  www.velaw.com